IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STANLEY E. MARTIN, JR.,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 08-cv-518-bbc

BYRAN BARTOW, Director,
Wisconsin Resource Center,

    Respondent.

---

    This action came for consideration before the court with District Judge Barbara Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Stanley E. Martin, Jr. for a writ of habeas corpus under 28 U.S.C. § 2254 is denied.

_Peter Oppeneer_      6/28/2011
Peter Oppeneer, Clerk of Court      Date